UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ENERGIA ADVIES BV, et al.,

    Plaintiffs,

v.

BARRY S. SEIFER, et al.,

    Defendants.

Case No. 17-14234
Honorable Laurie J. Michelson

## ORDER STAYING CASE DUE TO BANKRUPTCY

On December 29, 2017, Plaintiffs filed their complaint in this business dispute. (R. 1.) Since the complaint was served on the two defendants in January 2018 (R. 4, 5), no action has been taken in this case. So on October 12, 2018, the Court entered an order for Plaintiffs to show cause why the case should not be dismissed for failure to prosecute. (R. 6.)

On October 22, 2018, Plaintiffs responded to the show cause order and represented that, in February 2018, both defendants filed for bankruptcy in the United States Bankruptcy Court for the Eastern District of Michigan, Case Nos. 18-41927 and 18-42084. (R. 7.) The response further advises that "[b]oth bankruptcy cases remain pending and the automatic stay prevents plaintiffs from pursuing their claims here at this time." (*Id.*)

The Court thus deems the show cause order satisfied. And in light of the bankruptcy proceedings and resulting automatic stay, *see* 11 U.S.C. § 362(a), the Court will administratively close the case while the stay remains in place. Plaintiffs may move to re-open the case once the automatic stay is lifted.

IT IS SO ORDERED.

                                          s/Laurie J. Michelson
                                          LAURIE J. MICHELSON
                                          UNITED STATES DISTRICT JUDGE

Date: October 22, 2018

I hereby certify that a copy of the foregoing document was served upon counsel of record and/or pro se parties on this date, October 22, 2018, by electronic and/or ordinary mail.

                                          s/William Barkholz
                                          Case Manager